ROBERT S. SOLA
Oregon State Bar ID Number 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
Attorney for Plaintiff Jennifer Gilroy

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JENNIFER A. GILROY, | Case No. CV. 05-0543-ST |
| Plaintiff, | |
| v. | ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| TRANS UNION LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on the Stipulation To Dismiss Defendant Experian Information Solutions, Inc. and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Defendant Experian Information Solutions, Inc., only, are dismissed with prejudice and without costs or fees to either party.

DONE AND ORDERED on this 8th day of October, 2007.

HONORABLE JANICE M. STEWART
UNITED STATES MAGISTRATE JUDGE

Page 1 – ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. on the following persons:

Angela M. Taylor
Brian Recor
Jones Day
3 Park Plaza, Suite 1100
Irvine, CA 92614

Michael G. Morgan
Jones Day
555 S Flower Street, 50th Floor
Los Angeles, CA 90071

Emilie K. Edling
Stoel Rives LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204-1268          Of Attorneys for Experian Information Solutions

Donald E. Bradley
Christopher J. Battersby
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626

Jennifer Bouman
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205          Of Attorneys for Trans Union LLC

Lewis Perling
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

Jeffrey M. Edelson
Markowitz, Herbold, Glade & Mehlhaf, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204          Of Attorneys for Equifax Information Services LLC

by the following indicated method:

Page 1 – CERTIFICATE OF SERVICE

___ by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

___ by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

_X_ by electronic delivery of full, true and correct copies through the court's **CM/ECF** system to the attorney(s) set forth above on the date set forth below.

___ by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

___ by **facsimile** transmission of full, true and correct copies on the date set forth below.

Dated this 1st day of October, 2007.

/s/ Robert S. Sola
_____
Robert S. Sola, OSB # 84454
(503) 295-6880
(503) 291-9172 (Fax)
Attorney for Plaintiff