ROBERT S. SOLA
Oregon State Bar ID Number 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
Attorney for Plaintiff Jennifer Gilroy


UNITED STATES DISTRICT COURT
DISTRICT OF OREGON


| | |
|---|---|
| JENNIFER A. GILROY, | Case No. CV. 05-0543-ST |
| Plaintiff, | |
| v. | ORDER DISMISSING DEFENDANT TRANS UNION LLC |
| TRANS UNION LLC, a foreign corporation, EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, and EQUIFAX INFORMATION SERVICES LLC, a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on the Stipulation To Dismiss Defendant Trans Union LLC and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Defendant Trans Union LLC, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND ORDERED on this 22 day of January, 2008.

_____
HONORABLE JANICE M. STEWART
UNITED STATES ~~MAGISTRATE~~ JUDGE

Page 1 – ORDER DISMISSING DEFENDANT TRANS UNION LLC

CERTIFICATE OF SERVICE

       I hereby certify that I served the foregoing ORDER DISMISSING DEFENDANT TRANS UNION LLC on the following persons:

Donald E. Bradley
Christopher J. Battersby
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626

Jennifer Bouman
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205              Of Attorneys for Trans Union LLC

Lewis Perling
King & Spalding LLP
1180 Peachtree Street
Atlanta, GA 30309-3521

Jeffrey M. Edelson
Markowitz, Herbold, Glade & Mehlhaf, P.C.
Suite 3000 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204              Of Attorneys for Equifax Information Services LLC

by the following indicated method:

\_\_\_    by **mailing** full, true and correct copies thereof in sealed, first-class postage prepaid envelopes, addressed to them at the address set forth above and deposited with the United States Postal Service on the date set forth below.

\_\_\_    by **electronically mailing** full, true and correct copies to the attorney(s) set forth above on the date set forth below.

_X_    by electronic delivery of full, true and correct copies through the court's **CM/ECF** system to the attorney(s) set forth above on the date set forth below.

\_\_\_    by causing full, true and correct copies thereof to be **hand-delivered** to them at the address set forth above on the date set forth below.

\_\_\_    by **facsimile** transmission of full, true and correct copies on the date set forth below.

Page 1 – CERTIFICATE OF SERVICE

Dated this 17th day of January, 2008.

/s/ Robert S. Sola

---

Robert S. Sola, OSB # 84454
(503) 295-6880
(503) 291-9172 (Fax)
Attorney for Plaintiff

Page 2 – CERTIFICATE OF SERVICE