**ROBERT S. SOLA**
Oregon State Bar ID Number 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
Attorney for Plaintiff Jennifer Gilroy

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **JENNIFER A. GILROY,** | Case No. CV. 05-0543-ST |
| Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |
| **TRANS UNION LLC**, a foreign corporation, **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, and **EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on the Stipulation To Dismiss Defendant Equifax Information Services LLC and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Defendant Equifax Information Services LLC, only, are dismissed with prejudice and without costs or fees to either party.

DONE AND ORDERED on this 12th day of February, 2008.

_____
HONORABLE JANICE M. STEWART
UNITED STATES MAGISTRATE JUDGE